IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEREK HOPKINS,

    Plaintiff,

v.                                                                Civ. No. 24-574-CFC

BRIAN EMIG, RACQUEL
HOSTEN-JONES, MONROE
HUDSON,

    Defendants.

## MEMORANDUM ORDER

At Wilmington on this 17th day of September, in 2024;

1. On May 14, 2024, Defendants filed a motion to dismiss. (D.I. 3.) Plaintiff failed to respond.

2. On July 11, 2024, the Court ordered Plaintiff to respond to the motion to dismiss on or before August 12, 2024, and advised Plaintiff that his failure to file a response to the motion could result in dismissal of the case for failure to prosecute. (D.I. 6)

3. To date, Plaintiff has responded neither to the motion to dismiss, nor the Court's Order.

Now therefore, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this case.

2. Defendants' motion to dismiss (D.I. 3) is **DENIED** as moot.

3. The Clerk of Court is directed to **CLOSE** the case.

_____
United States District Judge